PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 MAR 10 AM 9:58
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Lubbock__ DIVISION

__Bennie L. Collins 1316764__
Plaintiff's Name and ID Number

__East Texas Treatment Facility (MTC)__
Place of Confinement

**5-20CV0055-H**
CASE NO._____
(Clerk will assign the number)

v.

__Management Training Corporation (MTC)__
Defendant's Name and Address

__Texas Department of Criminal Justice (TDCJ)__
Defendant's Name and Address

__University of Texas Medical Branch (UTMB)__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE,** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: **July 16, 2019**
   2. Parties to previous lawsuit:
      Plaintiff(s) **Bennie L. Collins**
      Defendant(s) **Sheriff Kelly S. Rowe**
   3. Court: (If federal, name the district; if state, name the county.) **Federal (Northern Dist. Lbbx Division)**
   4. Cause number: **5:19-CV-00140-BQ**
   5. Name of judge to whom case was assigned: **Gorden (Jr.)**
   6. Disposition: (Was the case dismissed, appealed, still pending?) **Still Pending**
   7. Approximate date of disposition: **Unknown**

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: EAST TEXAS TREATMENT FACILITY

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___ YES  ✓ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Bernie L. Collins P.O. Box 8000 Henderson, TX. 75653-8000

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: MANAGEMENT TRAINING CORPORATION 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with other defendants to deprive me of my right to counsel and access to courts / right to medical treatment (proper treatment) torture

Defendant #2: TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ)
~~Conspired with other defendant to deprive me of my right to counsel~~
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with other defendants to deprive me of my right to counsel and access to courts / right to medical treatment (proper treatment) torture

Defendant #3: UNIVERSITY OF MEDICAL BRANCH (UTMB) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652 (MEDICAL DEPARTMENT)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with defendants to deprive me of my right to proper medical treatment (torture)

Defendant #4: LUBBOCK COUNTY (LCDC) LUBBOCK, TX.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with defendants to deprive me of my right to counsel and access to courts / right to medical treatment (proper treatment) torture

Defendant #5: SHERIFF KELLY S. ROWE  LUBBOCK COUNTY SHERIFF'S OFFICE
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with defendants to deprive me of my right to counsel and access to courts / right to medical treatment (proper treatment) torture

Rev. 05/15

3

* Defendant #6 Officer Lugo (Transportant) LCDC Lubbock County Detention Center

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #7 Entire Security Staff in Processing Department (LCDC) <u>Intake</u> Lubbock County Detention Center 3rd Shift / 1st Shift

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #8 Officer working 3rd Shift on A-1 on Jan. 24th 2020

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #9 LCDC Medical Department (UTMB) Staffing Team Lubbock County Detention Center

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #10 Head Warden (J. Rupert) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #11 Assistant Warden (L. Thomas) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #12 Assistant Warden (E. Tyson) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

* Defendant #13 Program Director (A. Dovel) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendant to deprive me of my right to Counsel and access to Courts / Right to Medical Treatment (Proper Treatment) <u>Torture</u>

Page 1 of 3

# MTC - East Texas Treatment Facility
## Intermediate Sanction Facility
☐ Parole  ☐ Probation

### Weekly Summary Progress Note

Client's Name: _____ TDCJ# _____ Dorm/Bunk: _____
Week of: (Mon. – Sun.) _____ TO: _____ Primary Counselor: _____

| Direct Treatment Hours | MON | TUE | WED | THUR | FRI | SAT | SUN | Total |
|---|---|---|---|---|---|---|---|---|
| Process Group | | | | | | | | |
| Encounter Group | | | | | | | | |
| Thinking for a change/cognitive intervention | | | | | | | | |
| Life Skills /HIV | | | | | | | | |
| Relapse prevention | | | | | | | | |
| Anger Management /Emotional Wellbeing | | | | | | | | |
| Living in Balance/ Emotional Wellbeing | | | | | | | | |
| How to be a Responsible Father | | | | | | | | |

| INDIRECT TREATMENT HOURS | MON | TUE | WED | THUR | FRI | SAT | SUN | Total |
|---|---|---|---|---|---|---|---|---|
| AA/NA/SOS/Winner's Circle/C.R. | | | | | | | | |
| Unlocking The Mind | | | | | | | | |
| Thinking my way | | | | | | | | |
| Peer support | | | | | | | | |
| Personal Improvement | | | | | | | | |
| Community Meeting/AMD | | | | | | | | |
| Community Meeting/PMD | | | | | | | | |
| Orientation | | | | | | | | |
| Alternative Treatment/Work | | | | | | | | |

Topics of Most Interest This Week: _____
_____

Treatment Plan Assignment: _____
_____

Information You Want Your Counselor to Know: _____
_____

Structure Position: _____   Did you receive mail/visits?  Yes   No
Thinking Reports Written_____
Client received _____ direct treatment hours.    Client received _____ indirect treatment hours.
If less than 20 hours, counselor must explain:
_____

Client's level of change / participation: ☐ Pre-contemplation ☐ Contemplation ☐ Progressing ☐ Progressing slowly ☐ Good planning /preparation
Offender Progress: _____
_____
_____
_____

Counselor's Signature: _____   Date: _____

Revised 2/5/13; 7/8/13; 8-14-14

* DEFENDANT #14 CLASSIFICATION MANAGER (L. LINSEY) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

~~COBA~~ CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #15 TRANSPORTATION SUPV (C. BYRD) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

CONSPIRED WITH DEFENDANT TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #16 INTAKE COORDINATOR (C. ORR) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #17 GRIEVANCE (B. HUDSON) 900 INDUSTRIAL DRIVE HENDERSON, TEXAS 75652

CONSPIRED WITH DEFENDANT TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #18 HUMAN RESOURCES (M. ASHBY) 900 INDUSTRIAL DRIVE HENDERSON, TEXAS 75652

CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #19 LAW LIBRARY (J. WILSON) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURT / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #20 MAIL ROOM (T. MORRIS) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

* DEFENDANT #21 OFFENDER PROPERTY OFFICER (M. NEAL) 900 INDUSTRIAL DRIVE HENDERSON, TX. 75652

CONSPIRED WITH DEFENDANTS TO DEPRIVE ME OF MY RIGHT TO COUNSEL AND ACCESS TO COURTS / RIGHT TO MEDICAL TREATMENT (PROPER TREATMENT) TORTURE

PAGE 2 OF 3

| SLIP | SLIP | SLIP |
|---|---|---|
| Housing: _____ | Housing: _____ | Housing: _____ |
| Date: _____ | Date: _____ | Date: _____ |
| Time: _____ | Time: _____ | Time: _____ |
| To: _____ | To: _____ | To: _____ |
| From: _____ | From: _____ | From: _____ |
| Rule# <br> Incident: | Rule# <br> Incident: | Rule# <br> Incident: |
| Feeling: | Feeling: | Feeling: |
| Tool used: | Tool used: | Tool used: |
| SLIP | SLIP | SLIP |
| Housing: _____ | Housing: _____ | Housing: _____ |
| Date: _____ | Date: _____ | Date: _____ |
| Time: _____ | Time: _____ | Time: _____ |
| To: _____ | To: _____ | To: _____ |
| From: _____ | From: _____ | From: _____ |
| Rule# <br> Incident: | Rule# <br> Incident: | Rule# <br> Incident: |
| Feeling: | Feeling: | Feeling: |
| Tool used: | Tool used: | Tool used: |

✱ Defendant #22 Medical-Dept. (B. Cain) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to counsel and access to courts / right to medical treatment (Proper Treatment) TORTURE

✱ Defendant #23 TDCJ Contract Monitor (Tolbert / Dromgoole) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to counsel and access to courts / right to medical treatment (Proper Treatment) TORTURE

✱ Defendant #24 Counselor LCDC (Lori Borchardt) 900 Industrial Drive Henderson, TX. 75652

Conspired with Defendants to deprive me of my right to counsel and access to courts / right to medical treatment (Proper Treatment) TORTURE

Note: Plaintiff's life is being put in eminent danger as Plaintiff fears for his life being housed at this facility for over 30 days while being denied the proper medical attention and access to the courts and counsel. No X-Rays, MRI's, nor any other form of test ran to consider Plaintiff's physical health status. Also no sleep test as Plaintiff suffers from sleep apnea and uses a C-PAP machine (Facility refuses to give Plaintiff one). Plaintiff has degenerative disc disease disorder which causes grave pains daily (neck and lower back) damaged. Plaintiff suffers with hip pain (both left and right) as bones were cut out to fix right hand from gun shot wounds. Plaintiff's right hand is in constant pain all the time as Plaintiff has a titanium plate and nine (9) screws inside of it. Plaintiff is forced to walk longer distances than require by outside physician and therapist also forced to stand and sit longer than required by outside physician and therapist. Also cyst on right kidney could either be cancerous or could grow larger causing kidney failure to right kidney. Nothing done to medically treat Plaintiff for problems (physical) at all. Plaintiff is suffering with pains daily.

Note: Plaintiff has been in administrative segregation for 14 days now for refusal to get on a top bunk due to (LTMB) medical staff's negligence to place physical restrictions on Plaintiff after assigning Plaintiff a walker on Jan. 31, 2020

Page 5 of 3

## Staff Relate From Offender

To: _____  From (printed name): _____

_____

_____

_____

_____

Offender Signature _____  TDCJ# _____  Dorm _____

## Staff Relate From Offender

To: _____  From (printed name): _____

_____

_____

_____

_____

Offender Signature _____  TDCJ# _____  Dorm _____

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Jan. 24 2020 I was transported from the Lubbock County Detention Center (LCDC) to the East Texas Treatment Facility (MTC) (ISFT) and the officers at (LCDC) refused me all my legal materials denying me my right to them. Once I made it to the Henderson Unit XQ, I found out that medical with the (LCDC) neglected to send information of my physical/medical conditions as well. The East Texas Treatment Facility law library is a non-functional law library as it has no act way to conduct any research and medical has also failed to treat me for my medical conditions here also.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seek in damages from all defendants $13.5 million also immediate transfer to another (ISF) facility

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Bennie Lee Collins, Benny L. Collins, Benny Lee Collins

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

915134, 1316764, 1078785

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  YES ___  NO ✓

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?    YES   NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: _____
                   DATE

_BENNIE L. COLLINS_
_Ben Coll_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __3rd__ day of __MARCH__, 20 __20__.
             (Day)              (month)           (year)

_BENNIE L. COLLINS_
_Ben Coll_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

| SLIP | SLIP | SLIP |
|---|---|---|
| Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: | Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: | Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: |
| SLIP | SLIP | SLIP |
| Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: | Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: | Housing: _____ <br> Date: _____ <br> Time: _____ <br> To: _____ <br> From: _____ <br> **Rule#** <br> **Incident:** <br><br><br><br> Feeling: <br><br> Tool used: |

Notice To The Court Of Change Of Address Pursuant To Rule 41(B), Federal Rules Of Civil Procedure

Date: 03/02/2021

Dear District Court Clerk,

This is to notify the courts that my physical address has change to P.O. Box 8000 Henderson, TX. 75653-8000 I'm at the (MTC) East Texas Treatment Facility.

Respectfully Submitted
Bennie L. Collins 1316764

BLC

Bennie L. Collins #1316744
P.O. Box 8000
Henderson, Texas 75653-8000

LEGAL MAIL



SHREVEPORT LA 710
05 MAR 2020 PM 3 L

United State District Court
For The Northern Dist. of TX.
Office of The Clerk C-209
1205 Texas Ave
Lubbock, Texas 79401-4091

( VERY IMPORTANT )

(TIME SENSITIVE)

79401-402771